IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSAPHAT A. PLATER-ZYBERK, ET AL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-5159 |
| | : | |
| **NORTH AMERICAN VAN LINES, INC., ET AL** | : | |

**O R D E R**

AND NOW, this _____ day of October, 2002, after conference with the parties, it is ORDERED that:

1. All fact discovery shall be completed by February 1, 2003;

2. A settlement conference shall be held before Magistrate Judge Carol Sandra Moore Wells on February 11, 2003, at 10:00 a.m. Counsel should report to chambers with their respective clients unless excused by Judge Wells prior to the conference;

3. All expert discovery, including but not limited to expert depositions and reports, shall be completed by Plaintiffs by April 1, 2003, and by Defendants, by May 1, 2003;

4. Case dispositive motions shall be filed by May 31, 2003;

5. Responses thereto shall be filed within the time period prescribed by Local Rule of Civil Procedure 7.1(c).

**BY THE COURT:**

_____

**CYNTHIA M. RUFE, J.**